UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERNON LEROY DUFF,

       Plaintiff,

v.

UNIFIRST CORPORATION, A/D/B/A
UNICLEAN CLEANROOM SERVICES,
DBMJ REHABILITATION SERVICES, PLLC,
d/b/a NEUROMUSCULAR AND REHABILITATION
ASSOCIATES OF NORTHERN MICHIGAN, AND
STEPHEN ANDRIESE, M.D.

       Defendants.

MDL No. 2419
Case No. 1:13-cv-12233-FDS

Honorable F. Dennis Saylor

---

Robert B. Sickels (P29086)
Richard L. Groffsky (P32992)
Matthew G. Curtis (P37999)
Lisa M. Esser-Weidenfeller (P70628)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300

Brett J. Bean (P31152)
HACKNEY GROVER HOOVER & BEAN, PLC
Attorneys for Defendant DBMJ
1715 Abbey Road, Suite A
East Lansing, MI 48823
(517) 333-0306

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • SUITE 1700 • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

## **AMENDED COMPLAINT – SHORT FORM**

Plaintiff, Vernon L. Duff, complaining against the Defendants, allege(s) as follows:

### **FIRST COUNT**

1. Pursuant to MDL Order No. 7, entered in In Re: New England Compounding Pharmacy, Inc. Products liability Litigation, Master Docket No. 1:13-md-2419-FDS, the undersigned counsel hereby submit this Short Form Complaint and Jury Demand against the Defendants, and adopt and

incorporate by reference the allegations in the Plaintiffs' Master Complaint, with attachments, and any and all amendments thereto.

2. Plaintiff is a resident of the State of Michigan.

3. Plaintiff brings this action on behalf of himself.

4. Plaintiff asserts that the Plaintiff was administered New England Compounding Pharmacy, Inc. ("NECC") drug preservative free methylprednisolone acetate (hereinafter referred to as "NECC drug"), causing injuries and damages.

5. The aforesaid administration of the NECC drug occurred on August 17, 2012 and September 19, 2012 at DBMJ REHABILITATION SERVICES, PLLC, D/B/A NEUROMUSCULAR AND REHABILITATION ASSOCIATES OF NORTHERN MICHIGAN by STEPHEN ANDRIESE, M.D., located in the City of Traverse, State of Michigan.

6. STEPHEN ANDRIESE, M.D. AND DBMJ REHABILITATION SERVICES, PLLC, D/B/A NEUROMUSCULAR AND REHABILITATION ASSOCIATES OF NORTHERN MICHIGAN are hereinafter collectively referred to as "Clinic Related Defendants."

7. Plaintiff(s) adopt(s) and incorporate(s) by reference the following Causes of Action asserted against the Defendants in the Master Complaint:

☒ COUNT I: NEGLIGENCE AND GROSS NEGLIGENCE (Against UniFirst)

☒ COUNT II: NEGLIGENCE AND GROSS NEGLIGENCE (Against Clinic Related Defendants)

☐ COUNT III: VIOLATION OF CONSUMER PROTECTION STATUTES (Against Clinic Related Defendants)

☒ COUNT IV: VIOLATION OF M.G.L.C. 93A (Against UniFirst)

☐ COUNT V: BATTERY (Against Clinic Related Defendants)

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • SUITE 1700 • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

☒ COUNT VI: FAILURE TO WARN (Against Clinic Related Defendants)

☐ COUNT VII: TENNESSEE PRODUCT LIABILITY CLAIMS (Against Tennessee Clinic Related Defendants)

☒ COUNT VIII: AGENCY (Against Clinic Related Defendants)

☒ COUNT IX: CIVIL CONSPIRACY (Against Clinic Related Defendants)

☐ COUNT X: WRONGFUL DEATH PUNITIVE DAMAGES (Against UniFirst and Clinic Related Defendants)

☒ COUNT XI: LOSS OF CONSORTIUM (Against UniFirst and Clinic Related Defendants)

☐ COUNT XII: PUNITIVE DAMAGES (Against UniFirst and Clinic Related Defendants)

8. Plaintiff(s) have sent or served the pre-suit notice or demand requirements necessary to bring the claims set forth below, as required under MCL 600. 2912b. See attached Notice of Intent to File a Claim. Plaintiff(s) do not now assert but will seek leave to amend to assert the following claims promptly after the time period for giving notice has expired:

9. Plaintiff, VERNON L. DUFF claims to have suffered the following injuries and damages as a result of the administration of NECC's drug:

    a. He developed a fungal infection at the site of the injection, epidural abscess, osteomyelitis, and other severe and debilitating conditions and injuries;

    b. He underwent numerous medical interventions, including surgery, and extensive diagnostic procedures and studies;

    c. He was and is required to take expensive medications, including Voriconazole, which carries substantial, severe and extensive side efforts, including kidney failure and must continue to take said medication into the future;

    d. He required extensive supportive care both in and out of the hospital and continues to require supportive care;

    e. He incurred economic loss and substantial medical expenses;

    f. He suffered pain and a loss of the natural enjoyments of life, including the ability to ambulate without constant pain.

WHEREFORE, Plaintiff demands Judgment against the Defendants awarding compensatory damages, attorneys' fees, interest, costs of suit, and such further relief as the Court deems equitable and just.

Plaintiff reserves the right to amend this Complaint to add allegations and claims against individuals or entities currently omitted (in light of the Court's order permitting a Master Complaint naming defendants affiliated with NECC and currently participating in mediation by December 20) and to add or amend allegations against Defendants named herein based, in part, on further discovery.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

SOMMERS SCHWARTZ, P.C.

By: /s/ Robert B. Sickels
Robert B. Sickels (P29086)
Richard L. Groffsky (P32992)
Matthew G. Curtis (P37999)
Lisa M. Esser-Weidenfeller (P70628)
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300

Dated: December 20, 2013

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • SUITE 1700 • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300